[ DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 18, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-10078
Non-Argument Calendar

_____

D. C. Docket No. 00-01350-CV-J-20TJC

STANLEY STIRZAKER ,
NORMA STIRZAKER,

Plaintiffs-Appellants,

versus

TIMOTHY P. HOWARD,
HOWARD & ASSOCIATES,
Attorneys at Law, P.A.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 18, 2006)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Stanley and Norma Stirzaker appeal the district court's grant of summary judgment to defendants in the Stirzaker's suit for malpractice, breach of fiduciary duty, and breach of contract against Timothy P. Howard and Howard and Associates, P.A. We review the grant of summary judgment de novo.

After careful consideration of the record and the parties' briefs, we affirm the grant of summary judgment for the reasons set forth in the district court's order. The judgment of the district court is

AFFIRMED.[1]

---

[1] The motion to withdraw as counsel for Appellees, filed by Attorney Tod B. Eikner, is GRANTED. Pursuant to Palazzo v. Gulf Oil Corporation, 764 F.2d 1381, 1385 (11th Cir. 1985), cert. denied, 474 U.S. 1058, 106 S.Ct. 799 (1986), a corporate entity must be represented by counsel on appeal. Therefore, to the extent that Appellee Howard & Associates, P.A., intends to pursue any further actions in this appeal, Appellee must obtain new counsel and counsel must enter an appearance.